Argued and submitted May 29, affirmed June 19, 2002

STATE OF OREGON,
*Respondent,*

*v.*

JOSEPH E. BUBIER,
*Appellant.*

00P3454; A112398

48 P3d 208

Jesse Wm. Barton, Chief Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Joanna L. Jenkins, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Deits, Chief Judge, and Brewer, Judge.

PER CURIAM